UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LONESTAR INVENTIONS, L.P.<br><br>Plaintiff,<br><br>ANALOG DEVICES, INC.<br><br>Defendant. | Civil Action No. C 04 03297 CB |

## FINAL AGREED ORDER OF DISMISSAL

Plaintiff Lonestar Inventions, L.P. ("Lonestar") and Defendant Analog Devices, Inc. ("ADI"), have agreed to a settlement of the matters in dispute between them, and have stipulated to the entry of this Final Agreed Order of Dismissal dismissing their claims as against each other.

**IT IS HEREBY ADJUDGED AND DECREED:**

1. All claims asserted in this lawsuit by Lonestar against ADI and all counterclaims and defenses asserted by ADI against Lonestar, concerning ADI product numbers AD9235; AD6650; AD80044; AD80057; AD9229; AD9236; AD9237; AD9238; AD9245; AD9248; AD9860; AD9862; AD9865; AD9866; AD6488; ADMC512; ADSP21990; ADSP21991 and ADSP21992 are dismissed with prejudice.

2. All other claims asserted in this lawsuit by Lonestar against ADI and all counterclaims and defenses asserted by ADI against Lonestar are dismissed without prejudice.

1

155542\1

3. Each party shall bear its own costs, expenses and attorneys' fees.

LONESTAR INVENTIONS L.P.
By its attorneys,

*[signature]*

Gibbs & Bruns
1100 Louisiana, Suite 5300
Houston, TX 77002

ANALOG DEVICES, INC.
By its attorneys,

*[signature]*

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109

**SO ORDERED:**

Dated: June 06, 2005

_____
Charles R. Breyer

*[APPROVED stamp - Judge Charles R. Breyer, United States District Court, Northern District of California]*

2